THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOINTA LIME COMPANY, Appellant, v. WILLIAM SOHMER, as Comptroller of the State of New York, Respondent.

*People ex rel. Jointa Lime Co.* v. *Sohmer*, 161 App. Div. 905, affirmed.

(Argued January 10, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1914, which confirmed on certiorari a determination of the state comptroller assessing a franchise tax upon the relator for the year ending October 31, 1912. The relator claims that this tax was erroneous (1) because the relator is a manufacturing corporation; (2) if not a manufacturing corporation then a mining corporation; and (3) that the dividends declared were not a distribution of net earnings but a distribution of capital.

*Henry W. Williams* for appellant.

*Egburt E. Woodbury, Attorney-General (Edmund H. Lewis* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.